IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR421 |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that **on or before June 8, 2012,** plaintiff shall file a brief in response to defendant's brief in support of his motion to reduce sentence under 18 U.S.C. § 3582.

DATED this 22nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court