IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR421 |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to reply to government's response to defendant's motion under 18 U.S.C. § 3582 (Filing No. 102). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 20, 2012, to file a reply to the government's response to defendant's motion under 18 U.S.C. § 3582.

DATED this 13th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court